The following constitutes
the order of the court. Signed November 03, 2011

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

Michael A. Isaacs, CSB #99782
Diana D. Herman, CSB #191384
LUCE, FORWARD, HAMILTON
    & SCRIPPS, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone: (415) 356-4600
Fax: (415) 356-3895
E-mail: misaacs@luce.com
        dherman@luce.com

Counsel for MOHAMED POONJA,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re SASAN RAISSI,<br><br>          Debtor. | Case No. 10-61444<br>Chapter 7<br>The Honorable Stephen L. Johnson |

**ORDER AUTHORIZING TRUSTEE TO ABANDON REAL PROPERTY**

Based upon the Request for Entry of Order Authorizing Trustee to Abandon Real Property (the "Request") filed by Mohamed Poonja, Trustee in bankruptcy of the estate of the above Debtor (the "Trustee"), and the supporting declaration of counsel, and it appearing that notice has been adequate, that no objections have been served on the Trustee, and that good cause exists, it is

ORDERED as follows:

1. The Trustee is authorized to abandon the real property located at 2490 Lafayette Street, Santa Clara, CA, effective October 7, 2011, as more fully set forth in the Notice of Trustee's Intent to Abandon Real Property (the "Notice"), a copy of which is attached hereto as Exhibit A.

2. The Trustee is authorized to take those steps he deems necessary to complete the abandonment, consistent with his Notice, including execution of any documents he deems necessary.

*END OF ORDER*

2
ORDER AUTHORIZING TRUSTEE TO ABANDON REAL PROPERTY
Case: 10-61444    Doc# 59    Filed: 11/03/11    Entered: 11/03/11 09:34:32    Page 2 of 6

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | |
| 4 | Diana D. Herman, CSB #191384 |
| | LUCE, FORWARD, HAMILTON & SCRIPPS, LLP |
| 5 | 121 Spear Street, Suite 200 |
| | San Francisco, CA 94105 |
| 6 | |
| 7 | |
| 8 | United States Trustee |
| | 280 South First Street, #268 |
| 9 | San Jose, CA 95113 |
| 10 | |
| 11 | |
| | Mohamed Poonja, Trustee |
| 12 | M. Poonja & Company |
| | P.O. Box 1510 |
| 13 | Los Altos, CA 94023-1510 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | 301291389.1 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

ORDER AUTHORIZING TRUSTEE TO ABANDON REAL PROPERTY

Case: 10-61444    Doc# 59    Filed: 11/03/11    Entered: 11/03/11 09:34:32    Page 3 of 6

# EXHIBIT A

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 10-61444 |
|---|---|
| SASAN RAISSI, | Chapter 7 |
| | The Hon. Stephen L. Johnson |
| Debtor. | |
| | **NOTICE OF TRUSTEE'S INTENT TO ABANDON REAL PROPERTY** |
| | **(2490 Lafayette Street, Santa Clara, CA)** |

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

Please take notice that Mohamed Poonja, trustee in bankruptcy ("Trustee") of the estate of the above named Debtor, intends to abandon the following real property with such abandonment to be effective October 7, 2011.

On or about December 1, 2010, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code, and Mohamed Poonja was appointed as Chapter 7 Trustee. The Debtor's Schedules lists commercial property located at 2490 Lafayette Street, Santa Clara, CA 95050 ("Property") with a fair market value of $3,000,000. In June 2003, the Debtor gave ECG a promissory note in the principal amount of $3,127,500. The promissory note is secured by a deed of trust recorded against the Property on July 2, 2003. The term of the promissory note is ten (10) years and is fully due and payable on June 1, 2003. Monthly payments are interest only at seven and one quarter percent per annum (or $18,895.31 per month). The Debtor has defaulted on the monthly payments commencing March 1, 2010 and thereafter. There are liens and encumbrances recorded against the Property junior to ECG totaling in excess of $9,000,000.

As a result of the amount of the liens on the Property and the fair market value, the Trustee believes that the Property is burdensome to the estate or of inconsequential value and benefit to the estate.

Accordingly, the Trustee intends to abandon the above-referenced properties, with such abandonment to be effective October 7, 2011.

**Objections or Requests for Hearing**

**PLEASE TAKE FURTHER NOTICE THAT** Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the proposed abandonment, or any request for hearing thereon. Any objection to the proposed abandonment or request for hearing must be filed with the United States Bankruptcy Court at 280 S. First Street, Third Floor, San Jose, CA 95113, and be served on counsel for the Trustee at the address noted below within 21 days from the date of this notice. Any request for hearing or objection to the proposed abandonment must be accompanied by any declarations or memoranda of law that the party objecting or requesting wishes to present in support of its objection. If no party in interest timely objects to the requested relief or requests a hearing, the Trustee will seek entry of an order abandoning the property referenced above with an effective date of October 7, 2011 by default, without further notice and in the

absence of an actual hearing. If a timely objection or request for a hearing is made, counsel for the Trustee will give at least 7-days' written notice of the hearing to the objecting or requesting party.

**PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, the United States Bankruptcy Court for the Northern District of California has adopted mandatory electronic filing. If you are not currently qualified to file papers with the Court electronically, you should consult the Court's website (www.canb.uscourts.gov).

DATED: October 7, 2011         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Diana D. Herman
DIANA D. HERMAN
Attorneys for Mohamed Poonja, Trustee in bankruptcy

Michael A. Isaacs, CSBN 99782
Diana D. Herman, CSBN 191384
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone: (415) 356-4600
Facsimile: (415) 356-3895
Email: misaacs@luce.com
       dherman@luce.com