UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
RAISSI, SASAN § Case No. 10-61444
 §
 Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter  of the United States Bankruptcy Code was filed on  . The undersigned trustee was appointed on  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Mohamed Poonja_____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 10-61444 SLJ Judge: STEPHEN L. JOHNSON | Trustee Name: | Mohamed Poonja |
| --- | --- | --- | --- |
| Case Name: | RAISSI, SASAN | Date Filed (f) or Converted (c): | 11/02/10 (f) |
| | | 341(a) Meeting Date: | 12/07/10 |
| For Period Ending: | 09/30/13 | Claims Bar Date: | 07/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Commercial Building located at 2490 Lafayette St S | 3,000,000.00 | 0.00 | OA | 0.00 | FA |
| Order to abandon entered 11/03/11 which is effective 10/7/11 | | | | | |
| 2. Citibank-Checking | 100.00 | 0.00 | | 0.00 | FA |
| 3. Furniture and Furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. Books, CD's, DVD's, misc | 500.00 | 0.00 | | 0.00 | FA |
| 5. Clothing, shoes, and accessories | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Watches, necklaces, etc. | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. Carpet Club Corporation-non operating as of Septem | 0.00 | 0.00 | | 0.00 | FA |
| 8. Stock In Raissi Real Estate Development LLC (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| Report: of Sale of Estate's Right, Title and Interest in Raissi Real Estate Development, LLC Filed by Trustee Mohamed Poonja (Herman, Diana) (Entered: 08/30/2012) Docket # 102 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $3,012,600.00    $50,000.00    $50,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

*** 2013 TFR Sumitted to OUST

Initial Projected Date of Final Report (TFR): 03/31/12    Current Projected Date of Final Report (TFR): 08/30/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 10-61444 -SLJ |
| Case Name: | RAISSI, SASAN |
| Taxpayer ID No: | *******2497 |
| For Period Ending: | 09/30/13 |

| | |
|---|---|
| Trustee Name: | Mohamed Poonja |
| Bank Name: | Preferred Bank |
| Account Number / CD #: | *******1793 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/10/12 | | Trsf In From Union Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 35,617.84 | | 35,617.84 |
| C 04/13/12 | 004000 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment 2012<br>Bond # 016048574 | 2300-000 | | 36.53 | 35,581.31 |
| C 09/04/12 | 004001 | McKenna Long & Aldridge LLP<br>P.O. Box 116573<br>Atlanta, GA 30368 | Second & Final Fees Order 8/30/12 | 3210-000 | | 6,332.00 | 29,249.31 |
| C 09/04/12 | 004002 | McKenna Long & Aldridge LLP<br>P.O. Box 116573<br>Atlanta, GA 30368 | Second & Final Costs Order 8/30/12 | 3220-000 | | 191.92 | 29,057.39 |
| C 02/12/13 | | Preferred Bank | BANK SERVICE FEE | 2600-000 | | 30.27 | 29,027.12 |
| C 02/20/13 | 004003 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond Payment 01/1/2013 to 01/1/2014 | 2300-000 | | 27.47 | 28,999.65 |
| C t 02/28/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 28,999.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 35,617.84 | 35,617.84 | 0.00 |
| Less: Bank Transfers/CD's | | 35,617.84 | 28,999.65 | |
| Subtotal | | 0.00 | 6,618.19 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 6,618.19 | |

\* Reversed
t Funds Transfer
C Bank Cleared

Page Subtotals: 35,617.84    35,617.84

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 17.03

Case: 10-61444   Doc# 114   Filed: 11/27/13   Entered: 11/27/13 10:00:49   Page 4 of 16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-61444 -SLJ | Trustee Name: | Mohamed Poonja |
|---|---|---|---|
| Case Name: | RAISSI, SASAN | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******4137 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2497 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 07/21/11 | | Shacuan Sharon Lee Seto | Proceeds for sale of stock | 1229-000 | 50,000.00 | | 50,000.00 |
| 07/21/11 | 8 | Asset Sales Memo: | Stock In Raissi Real Estate Development LLC $50,000.00 | | | | 50,000.00 |
| C 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 122.92 | 49,877.08 |
| C 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 120.46 | 49,756.62 |
| C 11/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 120.46 | 49,636.16 |
| C 12/22/11 | 000400 | Luce, Forward, Hamilton & Scripps 121 Spear Street, Suite 200 San Francisco, CA 94105 | Interim Fees Order 12/16/11 Payment subject to Disgorement | 3210-000 | | 13,546.00 | 36,090.16 |
| C 12/22/11 | 000401 | Luce, Forward, Hamilton & Scripps 121 Spear Street, Suite 200 San Francisco, CA 94105 | Interim Costs Order 12/16/11 Payment subject to Disgorement | 3220-000 | | 210.39 | 35,879.77 |
| C 12/27/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 120.46 | 35,759.31 |
| C 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 115.54 | 35,643.77 |
| C 02/10/12 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | BANK FEES | 2600-000 | | 25.93 | 35,617.84 |
| C t 02/10/12 | | Trsf To Preferred Bank | FINAL TRANSFER | 9999-000 | | 35,617.84 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 50,000.00 | 50,000.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 35,617.84 | |
| Subtotal | | 50,000.00 | 14,382.16 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 50,000.00 | 14,382.16 | |

* Reversed
t Funds Transfer
C Bank Cleared

Page Subtotals     50,000.00     50,000.00

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 5)                                                                                                                Ver: 17.03

Case: 10-61444   Doc# 114   Filed: 11/27/13   Entered: 11/27/13 10:00:49   Page 5 of 16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-61444 -SLJ | | Trustee Name: | Mohamed Poonja |
| --- | --- | --- | --- | --- |
| Case Name: | RAISSI, SASAN | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8817 Checking - Non Interest |
| Taxpayer ID No: | *******2497 | | | |
| | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/30/13 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/28/13 | | Trsf In From Preferred Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 28,999.65 | | 28,999.65 |
| C 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 28,984.65 |
| C 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.10 | 28,941.55 |
| C 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.68 | 28,899.87 |
| C 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.01 | 28,856.86 |
| C 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 41.56 | 28,815.30 |
| C 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.88 | 28,772.42 |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 28,999.65 | 227.23 | 28,772.42 |
| Less: Bank Transfers/CD's | | 28,999.65 | 0.00 | |
| Subtotal | | 0.00 | 227.23 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 227.23 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking - Non Interest - ********1793 | 0.00 | 6,618.19 | 0.00 |
| Money Market Account (Interest Earn - ********4137 | 50,000.00 | 14,382.16 | 0.00 |
| Checking - Non Interest - ********8817 | 0.00 | 227.23 | 28,772.42 |
| | 50,000.00 | 21,227.58 | 28,772.42 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 28,999.65 227.23

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 30, 2013

Case Number: 10-61444
Debtor Name: RAISSI, SASAN
Claims Bar Date: 07/21/11

Claim Class Sequence
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | McKenna Long & Aldridge LLP<br>P.O. Box 116573<br>Atlanta, GA 30368 | Administrative | Docket 85  States the fees approved as $1,354 but the order states $13,546. | $19,878.00 | $19,878.00 | $0.00 |
|  |  |  | 2131484137   12/22/11   400 |  | 13,546.00 |  |
|  |  |  | 001511793   09/04/12   4001 |  | 6,332.00 |  |
| 001 3220-00 | McKenna Long & Aldridge LLP<br>P.O. Box 116573<br>Atlanta, GA 30368 | Administrative |  | $402.31 | $402.31 | $0.00 |
|  |  |  | 2131484137   12/22/11   401 |  | 210.39 |  |
|  |  |  | 001511793   09/04/12   4002 |  | 191.92 |  |
| 001 3410-00 | KOKJER, PIEROTTI, MAIOCCO, DUCK LLP<br>Richard Pierotti CPA<br>333 Pine Street, 5th Floor<br>SAN FRANCISCO, CA 94104 | Administrative |  | $1,992.00 | $0.00 | $1,992.00 |
| 001 3420-00 | KOKJER, PIEROTTI, MAIOCCO, DUCK LLP<br>Richard Pierotti CPA<br>333 Pine Street, 5th Floor<br>SAN FRANCISCO, CA 94104 | Administrative |  | $79.82 | $0.00 | $79.82 |
| 000 2100-00 | Mohamed Poonja<br>P.O. Box 1510<br>Los Altos , CA 94023-1510 | Administrative |  | $5,750.00 | $0.00 | $5,750.00 |
| 000 2200-00 | Mohamed Poonja<br>P.O. Box 1510<br>Los Altos , CA 94023-1510 | Administrative |  | $111.64 | $0.00 | $111.64 |
| BOND 001 2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Administrative |  | $64.00 | $64.00 | $0.00 |
|  |  |  | 001511793   04/13/12   4000 |  | 36.53 |  |
|  |  |  | 001511793   02/20/13   4003 |  | 27.47 |  |
| 000009B 051 4800-00 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Secured | secured tax lien of $87,565.03 (personal income tax for 2005:  tax is $28,337; penalty is $32,388.57 and interest is $26,503.97); unsecured priority claim is for $11,294.05 pursuant to 11 U.S.C. 507(a) (2009 tax); unsecured non priority claim is $5,585.51 (2009 penalty);  unsecured non priority claim is $112.95 (2005 penalty)  Tax Lien Recorded 12/4/08 | $54,976.46 | $0.00 | $54,976.46 |
| 000011 053 4800-00 | Santa Clara County Tax Collector<br>70 West Hedding St<br>East Wing 6th Floor<br>San Jose CA 95110-1767 | Secured | Tax Lien Date Recorded:<br>$2,228.23  11/6/2009;           $2133.73   1/9/2009 | $5,384.24 | $0.00 | $5,384.24 |
| 000013 050 4220-00 | Babak Hatamian<br>Attn: Susan E. Bishop<br>Pratt & Associates<br>1901 S. Bascom Ave., Ste. 350 | Secured | Withdrawal of claim filed 11/30/11 (docket 80) | $0.00 | $0.00 | $0.00 |

Case Number: 10-61444     Claim Class Sequence
Debtor Name: RAISSI, SASAN     Joint Debtor:
Claims Bar Date: 07/21/11

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Campbell, CA 95008 | | | | | |
| 000014A 050 4300-00 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, P A 19101-7346 | Secured | tax claim of $203,432.31, penalty of $121,591.82, interest to petition date $66,827.08 ; unsecured priority claim pursuant to 507(a)(8) is $27,828.65;(Notice of Tax Lien filed 8/6/08) | $270,259.39 | $0.00 | $270,259.39 |
| 000015 050 4220-00 | Salvatore Caruso Design Corp.<br>C/O Richard B. Gullen<br>Rossi,Hamerslough, Reischl & Chuck<br>1960 The Alameda, Suite 200<br>San Jose, CA 95126 | Secured | Order Partially Sustaining Objection to Claim entered 1/30/12<br><br>ORDERED as follows:<br>1. Under the circumstances, it is determined that Salvatore Caruso Design Corp. has received adequate notice of the Motion.<br>2. The Trustee's Objection to Claim is Sustained. Salvatore Caruso Design Corp.'s Claim No. 15 does not attach to and has no effect on the net proceeds held by the Trustee relating to the sale of the estate's right, title and interest in Raissi Real Estate Development, LLC. | $0.00 | $0.00 | $0.00 |
| 000009C 046 5800-00 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Priority | secured tax lien of $87,565.03 (personal income tax for 2005: tax is $28,337; penalty is $32,388.57 and interest is $26,503.97); unsecured priority claim is for $11,294.05 pursuant to 11 U.S.C. 507(a) (2009 tax); unsecured non priority claim is $5,585.51 (2009 penalty); unsecured non priority claim is $112.95 (2005 penalty) Tax Lien Recorded 12/4/08 | $11,294.05 | $0.00 | $11,294.05 |
| 000014B 046 5800-00 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, P A 19101-7346 | Priority | tax claim of $203,432.31, penalty of $121,591.82, interest to petition date $66,827.08 ; unsecured priority claim pursuant to 507(a)(8) is $27,828.65;(Notice of Tax Lien filed 8/6/08) | $27,828.65 | $0.00 | $27,828.65 |
| 000001 070 7100-00 | Guillermo R. Munoz<br>324 El Portal Way<br>San Jose, CA 95119 | Unsecured | Order approving stipulationto allow as general unsecured claim entered 1/18/11 | $1,160,000.00 | $0.00 | $1,160,000.00 |
| 000002 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $29,508.65 | $0.00 | $29,508.65 |
| 000003 070 7100-00 | James H. Don<br>c/o David I. Kornbluh, Esq.<br>Miller, Morton, Caillat & Nevis, LLP<br>25 Metro Drive, 7th Floor<br>San Jose, CA 95110 | Unsecured | Order Sustaining Objection to Claim disallowing Claim no. 3 in its entirety entered 12/6/11 | $0.00 | $0.00 | $0.00 |
| 000004 070 7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Docket # 106<br>Old Address: Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent | $5,231.80 | $0.00 | $5,231.80 |

Case Number: 10-61444    Claim Class Sequence
Debtor Name: RAISSI, SASAN    Joint Debtor:
Claims Bar Date: 07/21/11

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| | | PO Box 248839<br>Oklahoma City, OK 73124-8839 | | | |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Docket # 107 Old Address<br>Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $4,556.83 | $0.00 | $4,556.83 |
| 000006<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Docket # 108 Old Address<br>Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $2,205.52 | $0.00 | $2,205.52 |
| 000007<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | $12,717.72 | $0.00 | $12,717.72 |
| 000008<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | $11,218.36 | $0.00 | $11,218.36 |
| 000009A<br>080<br>7300-00 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Unsecured<br>secured tax lien of $87,565.03 (personal income tax for 2005: tax is $28,337; penalty is $32,388.57 and interest is $26,503.97); unsecured priority claim is for $11,294.05 pursuant to 11 U.S.C. 507(a) (2009 tax); unsecured non priority claim is $5,585.51 (2009 penalty); unsecured non priority claim is $112.95 (2005 penalty) Tax Lien Recorded 12/4/08 | $5,698.46 | $0.00 | $5,698.46 |
| 000010<br>070<br>7100-00 | Pahl & McCay<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113 | Unsecured<br>Order approving Stipulation allowing claim as general unsecured claim entered 12/6/11 | $101,916.10 | $0.00 | $101,916.10 |
| 000012<br>070<br>7100-00 | CSS, Inc<br>PO Box 764<br>Acton, CA 93510 | Unsecured | $52,292.80 | $0.00 | $52,292.80 |
| 000014C<br>080<br>7300-00 | Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured<br>tax claim of $203,432.31, penalty of $121,591.82, interest to petition date $66,827.08 ; unsecured priority claim pursuant to 507(a)(8) is $27,828.65;(Notice of Tax Lien filed 8/6/08) | $121,591.82 | $0.00 | $121,591.82 |
| 000016<br>070<br>7100-00 | Hopkins & Carley<br>Attn: Jennifer Coleman<br>70 So. First Street<br>San Jose, Ca 95113 | Unsecured | $170,000.00 | $0.00 | $170,000.00 |

Case Number: 10-61444  
Debtor Name: RAISSI, SASAN  
Claims Bar Date: 07/21/11

Claim Class Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000017 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $9,265.89 | $0.00 | $9,265.89 |
| 000018 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $15,125.99 | $0.00 | $15,125.99 |
| 000019 070 7100-00 | Law Offices of Scott A. Bonzell 300 Frank H. Ogawa Plaza, Suite 370 Oakland, CA 94612 | Unsecured | | $20,335.61 | $0.00 | $20,335.61 |
| 000020 070 7100-00 | Saeed Fazeli c/o Law Offices of William C. Dresser 4 N. 2md Street, Suite 1230 San Jose, CA 95113 | Unsecured | Filed as secured even though it is not a secured claim; it was tardy filed on 7/25/11; Bar Date 7/21/11. Claim withdrawn as secured claim on 12/2/11 Docket # 78 | $70,000.00 | $0.00 | $70,000.00 |
| | Case Totals: | | | $2,189,686.11 | $20,344.31 | $2,169,341.80 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-61444
Case Name: RAISSI, SASAN
Trustee Name: Mohamed Poonja

Balance on hand                                                             $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009B | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | $ | $ | $ | $ |
| 000011 | Santa Clara County Tax Collector 70 West Hedding St East Wing 6th Floor San Jose CA 95110-1767 | $ | $ | $ | $ |
| 000013 | Babak Hatamian Attn: Susan E. Bishop Pratt & Associates 1901 S. Bascom Ave., Ste. 350 Campbell, CA 95008 | $ | $ | $ | $ |
| 000014A | Internal Revenue Service P O Box 7346 Philadelphia, P A 19101-7346 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000015 | Salvatore Caruso Design Corp. C/O Richard B. Gullen Rossi,Hamerslough, Reischl & Chuck 1960 The Alameda, Suite 200 San Jose, CA 95126 | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Mohamed Poonja | $ | $ | $ |
| Trustee Expenses: Mohamed Poonja | $ | $ | $ |
| Attorney for Trustee Fees: McKenna Long & Aldridge LLP | $ | $ | $ |
| Attorney for Trustee Expenses: McKenna Long & Aldridge LLP | $ | $ | $ |
| Accountant for Trustee Fees: KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | $ | $ | $ |
| Accountant for Trustee Expenses: KOKJER, PIEROTTI, MAIOCCO, DUCK LLP | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009C | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | $ | $ | $ |
| 000014B | Internal Revenue Service P O Box 7346 Philadelphia, P A 19101-7346 | $ | $ | $ |

Total to be paid to priority creditors            $_____

Remaining Balance                                 $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Guillermo R. Munoz<br>324 El Portal Way<br>San Jose, CA 95119 | $ | $ | $ |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | James H. Don<br>c/o David I. Kornbluh, Esq.<br>Miller, Morton, Caillat & Nevis, LLP<br>25 Metro Drive, 7th Floor<br>San Jose, CA 95110 | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Pahl & McCay<br>225 West Santa Clara Street, Suite 1500<br>San Jose, CA 95113 | $ | $ | $ |
| 000012 | CSS, Inc<br>PO Box 764<br>Acton, CA 93510 | $ | $ | $ |
| 000016 | Hopkins & Carley<br>Attn: Jennifer Coleman<br>70 So. First Street<br>San Jose, Ca 95113 | $ | $ | $ |
| 000017 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000018 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000019 | Law Offices of Scott A. Bonzell<br>300 Frank H. Ogawa Plaza, Suite 370<br>Oakland, CA 94612 | $ | $ | $ |
| 000020 | Saeed Fazeli<br>c/o Law Offices of William C. Dresser<br>4 N. 2md Street, Suite 1230<br>San Jose, CA 95113 | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

UST Form 101-7-TFR (5/1/2011) (Page: 15)

Case: 10-61444    Doc# 114    Filed: 11/27/13    Entered: 11/27/13 10:00:49    Page 15 of 16

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be         percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be         percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009A | Franchise Tax Board Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | $ | $ | $ |
| 000014C | Internal Revenue Service P O Box 7346 Philadelphia, P A 19101-7346 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors    $_____

Remaining Balance    $_____